UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REBECCA M. COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:15-cv-0067 |
| v. ) | |
| ) | Judge Sharp |
| CAROLYN W. COLVIN, ) | Magistrate Judge Bryant |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that *Plaintiff's Motion for Judgment on the Administrative Record* (Docket Entry No. 12) be denied. (Docket Entry No. 16).

No response in opposition was filed to the R & R. Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 16) is hereby ACCEPTED and APPROVED;

(2) *Plaintiff's Motion for Judgment on the Administrative Record* (Docket Entry No. 12) is hereby DENIED, and the Commissioner's decision is AFFIRMED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE